1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11  SAMI MITRI,                                      CASE NO. 1:10-cv-00538-AWI-SKO

12                          Plaintiff,              **ORDER DENYING STIPULATED**
                                                   **REQUEST FOR EXTENSION OF**
13          v.                                     **DEADLINES WITHOUT PREJUDICE**

14  WALGREEN CO.,

15                          Defendant.              (Docket No. 12)
    _____/
16

17          On February 3, 2011, the parties filed a stipulated request seeking to extend the deadlines

18  applicable to the filing and hearing of dispositive motions.  The parties request that the filing date

19  for such motions be extended from March 7, 2011, to April 15, 2011, and that dispositive motions

20  be heard on or before May 16, 2011.  The parties state they are not requesting a continuance of any

21  other scheduling dates.

22          The parties' request cannot be accommodated.  First, the request is not supported by proper

23  affidavits citing reasons establishing good cause to modify and extend the deadlines.  As set forth

24  in the Scheduling Conference order:

25                  Stipulations extending the deadlines contained herein will not be
                    considered unless they are accompanied by affidavits or declarations,
26                  and where appropriate attached exhibits, which establish good cause
                    for granting the relief requested.
27
    (Doc. 9, at 7.)
28

Second, the extended deadline requested is not viable because the proposed dispositive motion hearing date cannot be scheduled for May 16, 2011 – only three weeks before the date of the pre-trial conference set for June 8, 2011.

The parties may file a renewed request that complies with the Scheduling Order and sets forth a workable schedule, keeping in mind that any dispositive motion hearing date must be scheduled at least seven weeks **before** the pre-trial conference and any trial date must be at least eight weeks **after** the pre-trial conference date.

Accordingly, IT IS HEREBY ORDERED THAT the parties' stipulated request for an extension of the dispositive motion filing and hearing deadlines is DENIED WITHOUT PREJUDICE.


IT IS SO ORDERED.

**Dated:     February 7, 2011          _____ /s/ Sheila K. Oberto_____**
                                        UNITED STATES MAGISTRATE JUDGE