IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMI MITRI,<br><br>        Plaintiff,<br><br>    v.<br><br>WALGREEN CO., INC. dba<br>WALGREENS, and DOES 1 to 20,<br>inclusive,<br><br>        Defendants. | 1:10-cv-538  AWI SKO<br><br>ORDER MOVING HEARING<br>FROM APRIL 18, 2011, TO<br>APRIL 25, 2011 |

    Currently set for hearing and decision on April 18, 2011, is Defendant's motion for summary judgment.  Do the press of business and the Court's schedule, the Court has determined that it is necessary to moving the hearing on this matter.

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 18, 2011, is VACATED, and the hearing is RESET to April 25, 2011, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   April 12, 2011

CHIEF UNITED STATES DISTRICT JUDGE