IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMI MITRI,<br><br>        Plaintiff,<br><br>    v.<br><br>WALGREEN CO., INC. dba<br>WALGREENS, and DOES 1 to 20,<br>inclusive,<br><br>        Defendants. | 1:10-cv-538  AWI SKO<br><br>ORDER TAKING MATTER<br>UNDER SUBMISSION |

    Currently set for hearing and decision on April 25, 2011, is Defendant's motion for summary judgment. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 25, 2011, is VACATED, and the parties shall not appear at that time. As of April 25, 2011, the Court will take Defendant's motion under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 21, 2011

                                                      CHIEF UNITED STATES DISTRICT JUDGE