IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMI MITRI,<br><br>        Plaintiff,<br><br>   v.<br><br>WALGREEN CO., INC. dba<br>WALGREENS, and DOES 1 to 20,<br>inclusive,<br><br>        Defendants. | 1:10-cv-538  AWI SKO<br><br>ORDER MOVING PRE-TRIAL<br>CONFERENCE FROM JUNE 8,<br>2011, TO JUNE 17, 2011 |

    Trial in this matter is set for August 2, 2011.  The pre-trial conference is set for June 8, 2011.  However, due to the press of business, the Court has determined that it is necessary to move the pre-trial conference.

    Accordingly, IT IS HEREBY ORDERED that the June 8, 2011, pre-trial conference is VACATED.  The pre-trial conference is RESET to June 17, 2011, at 8:30 a.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   May 27, 2011

                                        CHIEF UNITED STATES DISTRICT JUDGE