IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMI MITRI, ) | 1:10-cv-538  AWI SKO |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER ON DUPLICATE |
| ) | MOTION |
| WALGREEN CO., INC. dba ) | |
| WALGREENS, and DOES 1 to 20, ) | |
| inclusive, ) | (Doc. No. 100) |
| ) | |
| Defendants. ) | |
| _____) | |

On September 7, 2011, Plaintiff filed two motions for new trial on the limited issue of emotional distress damages.  See Court's Docket Doc. Nos. 100, 102.  The motions are identical, except the first motion, which is the Doc. No. 100, identifies a hearing date of October 3, 2014.  A Clerk's notice was entered after Doc. No. 100 was filed.  The Clerk's notice reads: "Please disregard docket entry 100 MOTION for NEW TRIAL (incorrect date).  Corrected entry to be refiled."  See id. at No. 101.  After the Clerk's notice, Plaintiff refiled his motion as Doc. No. 102, but this time with a correct hearing date of October 3, 2011.  For administrative purposes only, the Court will deny Doc. No. 100 as being identical to and duplicative of Doc. No. 102.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion at Docket Entry 100 is DENIED as a duplicate motion.  This order in no way effects Doc. No. 102 or Doc. No. 102's October 3, 2011 hearing date.

IT IS SO ORDERED.

Dated:   September 8, 2011                           _____
                                                                                CHIEF UNITED STATES DISTRICT JUDGE