**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMI MITRI, | 1:10-cv-538 AWI SKO |
| Plaintiff, | |
| v. | ORDER MOVING OCTOBER 3, 2011, HEARING DATE TO OCTOBER 17, 2011 |
| WALGREEN CO., INC. dba WALGREENS, and DOES 1 to 20, inclusive, | |
| Defendants. | |

Currently set for hearing and decision on October 3, 2011, are Plaintiff's Rule 59(a) motion and Defendant's Rule 50(b) motion. The Court has reviewed the moving papers and its schedule. The Court finds that it necessary to move the hearing date on these motions.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 3, 2011, is VACATED, and the hearing on the pending motions is RESET to October 17, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   September 29, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE