1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8               EASTERN DISTRICT OF CALIFORNIA

9

10    SAMI MITRI,                          )      1:10-cv-538  AWI SKO
                                           )
11                 Plaintiff,              )
             v.                            )      ORDER VACATING
12                                         )      HEARING OF OCTOBER 17,
      WALGREEN CO., INC. dba               )      2011, AND TAKING MATTERS
13    WALGREENS, and DOES 1 to 20,         )      UNDER SUBMISSION
      inclusive,                           )
14                                         )
                   Defendants.             )
15    _____ )

16

17          Currently set for hearing and decision on October 17, 2011, are Plaintiff's Rule 59(a)

18    motion and Defendant's Rule 50(b) motion.  The court has reviewed the moving papers and has

19    determined that these matters are suitable for decision without oral argument.  Local Rule 230(h).

20          Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 17,

21    2011, is VACATED, and the parties shall not appear at that time.  As of October 17, 2011, the

22    Court will take the parties' respective motions under submission and will thereafter issue its

23    decisions.

24    IT IS SO ORDERED.

25
      Dated:    October 13, 2011    _____
26                                       CHIEF UNITED STATES DISTRICT JUDGE

27

28