IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMI MITRI, ) | 1:10-cv-538  AWI SKO |
| Plaintiff, ) | |
| v. ) | ORDER VACATING HEARING OF OCTOBER 17, 2011, AND TAKING MATTERS UNDER SUBMISSION |
| WALGREEN CO., INC. dba WALGREENS, and DOES 1 to 20, inclusive, ) | |
| Defendants. ) | |

Currently set for hearing and decision on October 17, 2011, are Plaintiff's Rule 59(a) motion and Defendant's Rule 50(b) motion.  The court has reviewed the moving papers and has determined that these matters are suitable for decision without oral argument.  Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 17, 2011, is VACATED, and the parties shall not appear at that time.  As of October 17, 2011, the Court will take the parties' respective motions under submission and will thereafter issue its decisions.

IT IS SO ORDERED.

Dated:   October 13, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE