IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMI MITRI,              ) | 1:10-cv-538  AWI SKO |
|                          ) | |
|         Plaintiff,       ) | |
|     v.                   ) | JUDGMENT |
|                          ) | |
| WALGREEN CO., INC. dba   ) | |
| WALGREENS, and DOES 1 to 20, ) | |
| inclusive,               ) | |
|                          ) | |
|         Defendants.      ) | |
| _____) | |

   Pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, and pursuant to this Court's October 27, 2011, order on Plaintiff Sami Mitri's Motion for New Trial and Defendant Walgreen Co.'s Motion for Judgment as a Matter of Law, the following judgment is hereby entered:

1.   Judgment is entered in favor of Plaintiff Sami Mitri on his sole cause of action in this lawsuit for wrongful termination in violation of public policy;

2.   Plaintiff shall recover damages for past economic loss of $4,000.00, and damages for future economic loss of $84,000.00, for a total damages award of $88,000.00.; and

3.   Plaintiff may move for costs pursuant to Rule 54(d).

IT IS SO ORDERED.

Dated:   November 15, 2011                              _____
                                                        CHIEF UNITED STATES DISTRICT JUDGE