1  REX DARRELL BERRY, State Bar No. 110219
   ERICK C. TURNER, State Bar No. 236186
2  BERRY & BLOCK LLP
   2150 River Plaza Drive, Suite 415
3  Sacramento, CA  95833
   (916) 564-2000
4  (916) 564-2024 FAX

5

   Attorneys for Defendant
6  WALGREEN CO.

7
                    **THE UNITED STATES DISTRICT COURT**
8
       **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**
9

10 SAMI MITRI,                              ) Case No. 1:10-CV-00538-AWI-SKO
                                            )
11         Plaintiff,                       )
                                            ) **CONSENT ORDER GRANTING**
12 v.                                       ) **SUBSTITUTION OF ATTORNEY**
                                            )
13 WALGREEN CO. INC. dba WALGREENS;         )
   and DOES 1 through 20, inclusive,        )
14                                          )
           Defendants.                      )
15 _____  )

16         Notice is hereby given that, subject to approval by the court, WALGREEN CO.

17 substitutes Rex Darrell Berry, State Bar No. 110219, and Kronick, Moskovitz, Tiedemann &

18 Girard as counsel of record in place of Rex Derrell Block and Berry & Block LLP.

19         Contact information for new counsel is as follows:

20              Firm Name:  Kronick, Moskovitz, Tiedemann & Girard

21              Address:  400 Capitol Mall, 27th Floor, Sacramento, CA 95814

22              Telephone: (916) 321-4500

23              Facsimile:  (916) 321-4555

24              E-Mail:  rberry@kmtg.com

25 ///

26 ///

27 ///

28 ///

                                          1
                              **CONSENT ORDER GRANTING**
                              **SUBSTITUTION OF ATTORNEY**

I consent to the above substitution.

DATED: May 30, 2014

By /s/ JODI KARPEL_____
WALGREEN CO.

I consent to being substituted.

DATED: May 29, 2014                    BERRY & BLOCK LLP

By /s/ REX DARRELL BERRY___
REX DARRELL BERRY

I consent to the above substitution.

DATED: May 29, 2014                    KRONICK, MOSKOVITZ, TIEDEMANN
& GIRARD

By /s/ REX DARRELL BERRY___
REX DARRELL BERRY

The substitution of attorney is hereby approved and so ORDERED.

IT IS SO ORDERED.

Dated:   June 5, 2014                    _____
SENIOR DISTRICT JUDGE